

④

### French Classic Pool Lounger

The reflective Silver vinyl bottom with clear vinyl top adds sparkle to this Poolmaster patented classic. French-style construction with 15 contrasting pockets, "water-hole" leg rest, contoured arms with built-in beverage holders and roll-style headrest.
- 3 Assorted colors: Pink, Black, Blue
- Color box
- 12.8-gauge vinyl
- Size: 66" x 31", deflated

**85660**

U.S. Patent No. 293,012

Adult

*French Pocket Style*

### French Classic Pool Mattress

Classic French-style construction with 18 tufted pockets and full-width raised pillow. Reflective Silver vinyl bottom, clear vinyl top and contrasting color pockets.
- 3 Assorted colors: Black, Blue, Pink
- Color box
- 12.8-gauge vinyl
- Size: 76" x 29", deflated

**83360**

Adult





5

**Pearl Series Double French Classic Pool Mattress**
Bright pearl finish materials create a truly luxurious appearance.
- Classic French-style construction with 39 tufted pockets
- Double-wide raised pillow
- Pearl finish
- Color box
- 14-gauge vinyl
- Size: 78" x 56", deflated

83392

Adult

French Pocket Style

**Pearl Series French Classic**
Poolmaster creates a rich pearl finish for its French Classic Pool Lounger.
- Pearl finish materials
- Classic French-style construction
- 15 contrasting pockets
- Roll-style pillow headrest
- Pearl finish
- Color box
- 14-gauge vinyl
- Size: 66" x 31", deflated

85661

Adult

U.S. Patent No. 293,012
















# POOLMASTER®
### WE MAKE WATER FUN!

Toll Free: 1-800-854-1776 • Phone: (916) 567-9800 • Fax: (916) 567-9880
Web: http://www.poolmaster.com • E-mail: info@poolmaster.net
POOLMASTER, INC., 770 W. Del Paso Road, Sacramento, CA 95834-1117, U.S.A.

© 2010 POOLMASTER, INC., LITHO in U.S.A.

PM200-10C

0 85334 00100 8